UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JARED MICHAEL NEIFERD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. C25-327-MLP<br><br>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL |

　　　This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal with prejudice. (Dkt. # 71.) Pursuant to Fed. R. Civ. P. 41 (a)(2), "an action may be dismissed at a Plaintiff's request only by court order, on terms that the court considers proper." As Defendants have indicated they do not oppose the Motion (dkt. ## 72-73), the Court finds that voluntary dismissal is proper.

　　　Accordingly, Plaintiff's Motion (dkt. # 71) is GRANTED and this action is DISMISSED with prejudice.

　　　Dated this 23rd day of December, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR
VOLUNTARY DISMISSAL - 1